McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIANA M. CETTI,<br><br>          Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>          Defendant. | CASE NO. 2:02-CV-01224-DFL-GGH<br><br>STIPULATION AND ORDER RE ENTRY OF JUDGMENT |

By Order entered January 10, 2003, upon the stipulation of the parties, the Court remanded the above-captioned case under sentence six of 42 U.S.C. § 405(g) for further proceedings, prior to the filing of Defendant's answer and without entry of judgment. On remand, Plaintiff received a favorable decision with award of benefits.

///

///

///

1

1   WHEREFORE THE PARTIES TO THIS ACTION, through their respective undersigned
2   attorneys, hereby request the Court to issue the attached order directing the Clerk to enter
3   judgment in favor of Plaintiff, thereby affirming the Commissioner's award of benefits.

DATED: July 27, 2006

/s/ Joseph C. Fraulob as authorized on July 27, 2006
JOSEPH C. FRAULOB
Attorney at Law

Attorney for Plaintiff

DATED: July 27, 2006

McGREGOR W. SCOTT
United States Attorney

By: /s/ Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U. S. Attorney

Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

PETER THOMPSON
Assistant Regional Counsel

United States Social Security Administration

2

1 McGREGOR W. SCOTT
United States Attorney
2 BOBBIE J. MONTOYA
Assistant U. S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814-2322
4 Telephone: (916) 554-2700

5 Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIANA M. CETTI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　　Defendant. | CASE NO. 2:02-CV-01224-DFL GGH<br><br>ORDER DIRECTING THE CLERK TO ENTER JUDGMENT IN FAVOR OF PLAINTIFF |

　　　Pursuant to the stipulation of the parties, electronically filed *July 27, 2006*, and in light of the favorable decision received by Plaintiff on remand, the Clerk is hereby directed to enter Judgment in favor of Plaintiff.

　　　SO ORDERED.

DATED: 7/31/2006

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DAVID F. LEVI
　　　　　　　　　　　　　　　　　　United States District Judge