**McGREGOR W. SCOTT**
UNITED STATES ATTORNEY
**BOBBIE J. MONTOYA**
ASSISTANT U.S. ATTORNEY
501 I STREET, SUITE 10-100
SACRAMENTO, CA 95814-2322
TELEPHONE: (916) 554-2700
FAX: (916) 554-2900

**PETER K. THOMPSON**
SPECIAL ASSISTANT U.S. ATTORNEY
333 MARKET STREET, SUITE 1500
SAN FRANCISCO, CA 94105
TELEPHONE: (916) 977-8943
FAX: (415) 744-0134

*ATTORNEYS FOR DEFENDANT*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTIANA M. CETTI**, Plaintiff, v. JO ANNE B. BARNHART, Commissioner of Social Security, Defendant. | CASE NO. 2:**02-CV-01224-DFL-GGH** STIPULATION AND ORDER |

It is stipulated by the parties through their undersigned counsel, with the Court's approval as indicated by issuance of the attached Order, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of **SIX HUNDRED EIGHTY AND 77/100 DOLLARS ($ 680.77) and costs in the amount of ONE HUNDRED FIFTY AND 00/100 DOLLARS ($ 150.00),** for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees, costs and expenses under the EAJA in this action, but not constituting any

admission of Defendant's liability under the EAJA.

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees, costs and expenses in connection with this action.  The parties further stipulate that Plaintiff's counsel does not intend to request attorney's fees under the Social Security Act, 42 U.S.C. § 406(b).

/s/ **Joseph C. Fraulob** (as authorized on **August 2, 2006**)
**JOSEPH C. FRAULOB**
Attorney at Law

Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By: /s/ **Bobbie J. Montoya for** (as signed on **August 1, 2006**)
**PETER K. THOMPSON**
Special Assistant U.S. Attorney

Attorneys for Defendant

Of Counsel:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
United States Social Security Administration

**ORDER**

**APPROVED AND SO ORDERED.**

**DATED: 8/3/2006**

**DAVID F. LEVI**
**United States District Judge**

Stip.& Order Re EAJA Fees with Costs
2:02-cv-01224-DFL-GGH                **2**